IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–03143–WJM–KMT

JTS CHOICE ENTERPRISES, INC.,

    Plaintiff,

v.

E.I. DU PONT DE NEMOURS AND COMPANY, and
METRO PAINT SUPPLIES, INC.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion to Amend Complaint" (Doc. No. 32, filed March 1, 2012) is DENIED without prejudice, and the "First Amended Complaint and Jury Demand" (Doc. No. 33) is STRICKEN. Plaintiff may re-file its Motion to Amend, after making "reasonable, good-faith efforts to confer with opposing counsel" pursuant to D.C.COLO.LCivR 7.1A. Plaintiff also must comply with Section 5.8C of the Electronic Case Filing Procedures for the District of Colorado (Civil Cases).

Dated: March 6, 2012