IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–03143–WJM–KMT

JTS CHOICE ENTERPRISES, INC.,

    Plaintiff,

v.

E.I. DU PONT DE NEMOURS AND COMPANY, and
METRO PAINT SUPPLIES, INC.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion to Amend Complaint" (Doc. No. 67, filed March 23, 2012) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk is directed to file the "First Amended Complaint and Jury Demand" (Doc. No. 67-2) and the exhibits thereto (Doc. Nos. 67-3 through 67-8).

Dated: March 30, 2012