IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–03143–WJM–KMT

JTS CHOICE ENTERPRISES, INC.,

      Plaintiff,

v.

E.I. DU PONT DE NEMOURS AND COMPANY,
METRO PAINT SUPPLIES, INC., and
AUTOMOTIVE COATINGS & EQUIPMENT, LLC,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to File Second Amended Complaint and Jury Demand" (Doc. No. 99, filed October 24, 2012) is GRANTED in part. Pursuant to Fed. R. Civ. P. 15(a)(2), the Second Amended Complaint and Jury Demand (Doc. No. 100) is accepted as filed.

Each of the three Defendants may submit to Plaintiff five additional document requests and five additional interrogatories. Plaintiff will be bound by the limits on document requests and interrogatories as set out in the Scheduling Order (Doc. No. 56) and will not request any additional document requests or interrogatories.

The fact discovery cutoff is extended to May 3, 2013. The expert discovery cutoff is extended to July 11, 2013. The dispositive motions deadline is extended to July 22, 2013. The affirmative expert disclosure deadline is extended to May 23, 2013. The rebuttal expert disclosure deadline is extended to June 21, 2013. The Final Pretrial Conference is reset to September 17, 2013, at 9:15 a.m.

The portion of the Motion requesting that the motions to dismissed be carried over will be addressed by District Judge William J. Martínez.

Dated: November 8, 2012