**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03143-WJM-KMT

JTS CHOICE ENTERPRISES, INC.

      Plaintiff,

v.

E.I. DU PONT DE NEMOURS AND COMPANY,
METRO PAINT SUPPLIES, INC., and
AUTOMOTIVE COATINGS & EQUIPMENT, LLC,

      Defendants.

_____

**AMENDMENT TO STIPULATION AND PROTECTIVE ORDER**
_____

The Stipulation and Protective Order previously entered in this action (ECF Doc. 90, entered July 16, 2012), is hereby AMENDED with the addition of the following sentence at the end of existing paragraph 4(b), pp. 3-4:

However, notwithstanding any other provision of this Stipulation and Protective Order, any deposition transcript that contains materials produced by nonparty National Coatings & Supplies, Inc. (NCS) that are designated by NCS as CONFIDENTIAL, or testimony concerning such materials, shall be deemed for all purposes under this Stipulation and Protective Order as CONFIDENTIAL, and any deposition transcript that contains materials produced by NCS that are designated by NCS as HIGHLY CONFIDENTIAL, or testimony concerning such materials, shall be deemed for all purposes under this Stipulation and Protective Order as HIGHLY CONFIDENTIAL.

STIPULATED AND AGREED TO:

Dated this 24th day of April, 2013.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge


/S/Theodore W. Rosen
Theodore W. Rosen
Lauren Elizabeth Mosse
THEODORE W. ROSEN, P.C.
3003 East Third Avenue, Suite 205C
Denver, Colorado 80206
Telephone: (303) 837-1767
Facsimile: (303) 837-1765
twrosen@msn.com
lemosse@twrosenlaw.com
*Attorneys for Plaintiff JTS Choice*
*Enterprises, Inc.*

/S/ David M. Stauss
David M. Stauss
Katherine Allison White
Roger P. Thomasch
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202
Telephone: (303) 292-2400
Facsimile: (303) 296-3956
staussd@ballardspahr.com
whiteka@ballardspahr.com
thomasch@ballardspahr.com
*Attorneys for Defendant E.I. Du Pont De*
*Nemours and Company*

*/S/ Neil Arney*
Neil Arney
Meshach Rhoades
David Edward Kay
Michael Mahoney Frandina
KUTAK ROCK LLP
Suite 3100, 1801 California Street
Denver, CO 80202
Telephone: (303) 297-2400
Facsimile: (303) 292-7799
Neil.Arney@KutackRock.com
Meshach.Rhoades@KutackRock.com
david.kay@kutakrock.com
Michael.frandina@kutakrock.com
*Attorneys for Defendant Metro Paint*
*Supplies, Inc. and Automotive Coatings & Equipment, LLC*