### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03143-WJM-KMT

JTS CHOICE ENTERPRISES, INC.

    Plaintiff,

v.

E.I. DU PONT DE NEMOURS AND COMPANY,
METRO PAINT SUPPLIES, INC., and
AUTOMOTIVE COATINGS & EQUIPMENT, LLC,

    Defendants.

_____

### SECOND AMENDMENT TO STIPULATION AND PROTECTIVE ORDER
_____

The Stipulation and Protective Order previously entered in this action (ECF Doc. 90, entered July 16, 2012), as amended (*see* ECF Doc. 207, entered April 24, 2013) is hereby FURTHER AMENDED with the addition of the following new paragraph 4(e):

    (e)    Notwithstanding any other provision of this Stipulation and Protective Order, as amended, and notwithstanding any provision of the Protective Order Regarding Confidential NCS Information (Doc. 49, entered March 9, 2012):

        (i)    Any documents produced pursuant to subpoena directed to National Coatings & Supplies, Inc. by Defendants Metro Paint Supplies, Inc. and/or Automotive Coatings & Equipment, LLC, shall be deemed for all purposes under this Stipulation and Protective Order, as amended, as HIGHLY CONFIDENTIAL.

 (ii) Any party who objects to the designation of any such documents as HIGHLY CONFIDENTIAL shall follow the procedural provisions of paragraph 12 of this Stipulation and Protective Order, as amended.

 (iii) Defendants Metro Paint Supplies, Inc. and/or Automotive Coatings & Equipment, LLC shall reimburse National Coatings & Supplies, Inc., for the reasonable out-of-pocket costs incurred by National Coatings & Supplies, Inc., in producing the documents pursuant to subpoena. Those Defendants and National Coatings & Supplies, Inc. dispute whether the reasonable attorneys' fees incurred by National Coatings & Supplies, Inc. in such production should be reimbursed by Defendants. Any relief sought from the Court with regard to such incurrence of attorneys' fees shall be addressed, if at all, following production of the documents.

STIPULATED AND AGREED TO:

Dated this 9th day of May, 2013.

            BY THE COURT:

            *[signature]*

            _____
            Kathleen M. Tafoya
            United States Magistrate Judge

/S/Theodore W. Rosen
Theodore W. Rosen
Lauren Elizabeth Mosse
THEODORE W. ROSEN, P.C.
3003 East Third Avenue, Suite 205C
Denver, Colorado 80206
Telephone: (303) 837-1767
Facsimile: (303) 837-1765
twrosen@msn.com
lemosse@twrosenlaw.com
*Attorneys for Plaintiff JTS Choice Enterprises, Inc.*

/S/ David M. Stauss
David M. Stauss
Katherine Allison White
Roger P. Thomasch
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202
Telephone: (303) 292-2400
Facsimile: (303) 296-3956
staussd@ballardspahr.com
whiteka@ballardspahr.com
thomasch@ballardspahr.com
*Attorneys for Defendant E.I. Du Pont De Nemours and Company*

/S/ Neil Arney
Neil Arney
Meshach Rhoades
David Edward Kay
Michael Mahoney Frandina
KUTAK ROCK LLP
Suite 3100, 1801 California Street
Denver, CO 80202
Telephone: (303) 297-2400
Facsimile: (303) 292-7799
Neil.Arney@KutackRock.com
Meshach.Rhoades@KutackRock.com
david.kay@kutakrock.com
Michael.frandina@kutakrock.com
*Attorneys for Defendant Metro Paint Supplies, Inc. and Automotive Coatings & Equipment, LLC*