# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No:     11-cv-03143-WJM-KMT | Date:   November 21, 2013 |
| Courtroom Deputy:   Sabrina Grimm | FTR:    Courtroom C-201 |

*Parties:*                                                            *Counsel:*

JTS CHOICE ENTERPRISES, INC.,                     Theodore Rosen
                                                                          Lauren Mosse

   Plaintiff,

v.

E.I. DU PONT DE NEMOURS AND COMPANY,     David Stauss
                                                                          Stephen Kastenberg

   Defendant.

## COURTROOM MINUTES

**TELEPHONIC FINAL PRETRIAL CONFERENCE**

**10:03 a.m.      Court in session.**

Court calls case. Appearances of counsel.

Discussion and review of the Proposed Final Pretrial Order.

**ORDERED:** Plaintiff's Motion to Restrict Plaintiff's Reply in Support of its Motion for Summary Judgment on the Counterclaims (Dkt. No. 443) [445] is **GRANTED.**

**ORDERED:** Plaintiff's Motion to Restrict Plaintiff's Reply in Support of its Motion for Permission to Supplement Expert Witness Report of Ronald Seigneur (Dkt. No. 439) [446] is **GRANTED.**

Discussion regarding Unopposed Motion of Defendant E.I. Du Pont De Nemours and Company to Restrict Final Pretrial Order [458], exhibit lists, and redactions.

**ORDERED:** **Plaintiff's Motion for Permission to Supplement Expert Witness Report of Ronald Seigneur [410] is GRANTED, as stated on record. Plaintiff is directed to provide Defendant with Mr. Seigneur's updated file as well as the file of Mr. Seigneur's assistant on or before December 4, 2013. Defendant will make their intentions known on or before December 13, 2013 with respect to 1) whether they will take a supplemental deposition of Mr. Seigneur on the new or corrected portions of the supplemental report; and 2) whether they will seek to supplement Mr. Zeeb's report based on the allowed supplemental report by Mr. Seigneur. If Defendant elects to take the deposition and/or elects to have Mr. Zeeb complete a supplemental report, it shall be taken/produced on or before January 31, 2014.**

Trial Preparation Conference and trial dates will be set by District Judge William J. Martinez. Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**ORDERED:** **The Final Pretrial Order is signed and will remain under Level 1 restriction, pending further order of the Court upon review of Motion Doc. No. 458.**

**10:43 a.m.** **Court in recess.**

Hearing concluded.
Total in-court time    00:40

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.