## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Case No. 11-cv-3143-WJM-KMT

JTS CHOICE ENTERPRISES, INC.,

    Plaintiff,

v.

E.I. DU PONT DE NEMOURS AND COMPANY

    Defendant.

---

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL

---

This matter comes before the Court on the Parties' Stipulated Motion for Dismissal of all Claims, filed November 14, 2014 (ECF No. 507). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay its own attorney's fees and costs.

Dated this 17th day of November, 2014.

BY THE COURT:

William J. Martínez
United States District Judge